UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    Plaintiff,

vs.                                            Case No. 6:23-cv-02203-GAP-EJK

**ANOTHER BROKEN EGG OF AMERICA, LLC, d/b/a ANOTHER BROKEN EGG, a foreign limited liability company,**

    Defendant.

_____/

## **JOINT NOTICE OF SETTLEMENT**

    Plaintiff and Defendant, through their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to file the necessary dismissal document.

    DATED:  December 18, 2023.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
Tel. 954/362-3800
954/362-3779 (Facsimile)
rhannah@rhannahlaw.com


By____*s/ Roderick V. Hannah*_____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
Tel. 305/266-9780
305/269-8311 (Facsimile)
 duranandassociates@gmail.com


By___*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595


**AKERMAN LLP**
Counsel for Defendant
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401-6183
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
melissa.zinkil@akerman.com

By ____*s/ Melissa S. Zinkil*_____
     Melissa S. Zinkil
     Fla. Bar No. 0653713

2