**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No.: 6:23-cv-2203-PGB-EJK

VICTOR ARIZA,

    Plaintiff,

vs.

ANOTHER BROKEN EGG OF AMERICA, LLC,
d/b/a ANOTHER BROKEN EGG,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE***

Plaintiff, VICTOR ARIZA ("Plaintiff"), and Defendant, ANOTHER BROKEN EGG OF AMERICA, LLC d/b/a ANOTHER BROKEN EGG ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*, with the Parties to bear their own attorney/paralegal fees, expert fees, costs, and expenses.

1

74109403;1

Dated:  December 19, 2023.

*/s/ Roderick V. Hannah*
Roderick V. Hannah, Esq.
Florida Bar No. 435384
Email: rhannah@rhannahlaw.com
**Roderick V. Hannah, Esq., P.A.**
4800 N. Hiatus Road
Sunrise, FL 33351
Phone: (954) 362-3800
Fax: (954) 362-3779

and

Pelayo M. Duran, Esq.
Florida Bar No. 146595
Email: pduran@pelayoduran.com
**Law Office of Pelayo Duran, P.A.**
4640 N.W. 7th Street
Miami, FL 33126-2309
Phone: (305) 266-9780
Fax: (305) 269-8311

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Arlene K. Kline*
Arlene K. Kline
Florida Bar No. 104957
Primary: arlene.kline@akerman.com
Secondary:
danielle.putnam@akerman.com
Melissa S. Zinkil
Florida Bar No. 0653713
Primary: melissa.zinkil@akerman.com
Secondary: elisa.waites@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 671-3675
Facsimile: (561) 659-6313

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      By: */s/ Arlene K. Kline*
                                           Arlene K. Kline
                                           Florida Bar No. 104957

74109403;1

## SERVICE LIST

*Victor Ariza v. Another Broken Egg of America, LLC d/b/a Another Broken Egg*
***Case No.: 6:23-cv-2203-PGB-EJK***
**United States District Court, Middle District of Florida**
**Orlando Division**

Roderick V. Hannah, Esq
Email: rhannah@rhannahlaw.com
Roderick V. Hannah, Esq., P.A.
4800 N. Hiatus Road
Sunrise, FL 33351
Telephone: (954) 362-3800
Facsimile: (954) 362-3779

*Attorneys for Plaintiff, Victor Ariza*
*(via CM/ECF)*

Pelayo M. Duran, Esq.
Email: duranandassociates@gmail.com
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126-2309
Telephone: (305) 266-9780
Facsimile: (305) 269-8311

*Attorneys for Plaintiff, Victor Ariza*
*(via CM/ECF)*

74109403;1